## INDEX OF MATTERS BEING FILED

| ITEM | ATTACHMENT |
|---|---|
| List of Counsel of Record | A |
| Docket Sheet | B |
| Petition | C |
| First Amended Petition | D |
| Return of Service | E |

# ATTACHMENT A

# LIST OF COUNSEL OF RECORD

Counsel for Plaintiff Transamerica Investment Group, Inc. dba Sky Cargo Solutions:

William W. Rucker
3355 West Alabama, Suite 825
Houston, Texas 77093
713 528-2800

Counsel for Defendant Travis M. Hamilton

Michael S. Forshey
Constance R. Ariagno
Patton Boggs LLP
2000 McKinney Ave. Suite 1700
Dallas, Texas 75201
214 758-1500

640572

# ATTACHMENT B

| HCDistrictclerk.com | TRANSAMERICA INVESTMENT GROUP INC (DBA SKY CARGO S vs. HAMILTON, TRAVIS M | 4/10/2012 |
|---|---|---|
| | Cause: 201207149    CDI: 7    Court: 165 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## DOCUMENTS
Proper credentials required. Please login or contact Harris County District Clerk's Office at (713) 755-7300.

## SUMMARY

| CASE DETAILS | | COURT DETAILS | |
|---|---|---|---|
| **File Date** | 2/3/2012 | **Court** | 165th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:7133686270 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | BREACH OF CONTRACT | **JudgeName** | Josefina Muniz Rendon |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| TRANSAMERICA INVESTMENT GROUP INC (DBA SKY CARGO SOLUTIONS INC) | PLAINTIFF - CIVIL | | RUCKER, WILLIAM W. JR. |
| HAMILTON, TRAVIS M | DEFENDANT - CIVIL | | |
| SKY CARGO SOLUTIONS INC | PLAINTIFF - CIVIL | | RUCKER, WILLIAM W. JR. |
| HAMILTON, TRAVIS M BY SERVING THE TEXAS SECRETARY OF STATE 1019 BRAZOS | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Attorney |
|---|---|---|---|---|---|
| 3/1/2012 | AMENDED ORIGINAL PETITION | | | 0 | RUCKER, WILLIAM W. JR. |
| 2/3/2012 | ORIGINAL PETITION | | | 0 | RUCKER, WILLIAM W. JR. |
| 2/3/2012 | ORIGINAL PETITION | | | 0 | RUCKER, WILLIAM W. JR. |

## SERVICE

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | HAMILTON, TRAVIS M BY SERVING THE TEXAS SECRETARY OF STATE 1019 BRAZOS STREET AUSTIN TEXAS 78701 FORWARD TO: | 2/3/2012 | 2/6/2012 | 2/16/2012 | 3/12/2012 | 3/26/2012 | 72748819 | MAIL TO ATTORNEY |
| CITATION (NON-RESIDENT) | SERVICE ISSUED / IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | HAMILTON, TRAVIS M BY SERVING THE TEXAS SECRETARY OF STATE 1019 BRAZOS STREET AUSTIN TEXAS 78701 FORWARD TO: | 3/1/2012 | 3/5/2012 | | | | 72758421 | MAIL TO ATTORNEY |

# ATTACHMENT C

2012-07149 / Court: 165

NO. _____

Filed 12 February 3 P4:04
Chris Daniel - District Clerk
Harris County
ED101J016711546
By: Nelson Cuero

| | | |
|---|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC. dba SKY CARGO SOLUTIONS, INC. | § § § § | IN THE DISTRICT COURT OF |
| V. | § § | HARRIS COUNTY, TEXAS |
| TRAVIS M. HAMILTON | § § § | ____ JUDICIAL DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION

TransAmerica Investment Group, Inc. dba Sky Cargo Solutions, Inc. ("Plaintiff") files this suit against Travis M. Hamilton ("Defendant").

### I. DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 as set forth in Texas Rule of Civil Procedure 190.3.

### II. PARTIES

2. Plaintiff is a Texas corporation.

3. Defendant is an individual who conducts business in the State of Texas but who is currently residing in Oklahoma. Defendant has not designated a resident agent for service of process in Texas and may be served by serving the Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701. Defendant's residence is 6516 North Georgetown Road, Edmond, Oklahoma Count, Oklahoma 73034. Citation is requested at this time.

### III. VENUE AND JURISDICTION

4. Venue is proper in this Harris County as Plaintiff's principal place of business is in this county. This Court has jurisdiction over this cause as Defendant has purposefully availed himself of the privileges and benefits of conducting business in the State of Texas

## IV. FACTS

5.  In May, 2009, Plaintiff was approached by Defendant who needed assistance in finding financing for the purchase and sale of the following six Citation X aircraft:

| TITLE ORDER # | PRIOR REG | MSN | YEAR |
|---|---|---|---|
| 15998 | N77OXJ | 750-0270 | 2007 |
| 15999 | N776XJ | 750-0276 | 2007 |
| 16000 | N778XJ | 750-0278 | 2007 |
| 16001 | N784XJ | 750-0284 | 2007 |
| 16002 | N786XJ | 750-0286 | 2008 |
| 16003 | N787XJ | 750-0287 | 2008 |

6.  Plaintiff did indeed find financing for Defendant at PNC Bank and the purchase and sale of the foregoing aircraft was consummated in the fall of 2009.

7.  Although Defendant originally offered Plaintiff a 1% commission, on July 17, 2009 Defendant contracted in writing to give Plaintiff a fee of $50,000 for each of the six aircraft, payable as they are sold.

8.  Although the six aircraft were subsequently sold, Defendant failed to make any payment to Plaintiff. Plaintiff has made repeated demands for payment but no payment has been forthcoming.

## V. CAUSES OF ACTION

### A. Breach of Contract

9.  Plaintiff incorporates herein the provisions of Section IV above.

10. Defendant breached his contract with Plaintiff by failing to pay Plaintiff the $300,000 fee to which Plaintiff was entitled. Plaintiff brings suit hereunder for said $300,000 fee.

11. Due to Defendant's breach of contract, Plaintiff has been required to retain the undersigned attorney to prosecute its claims against Defendant. Plaintiff also seeks to recover its reasonable attorney's fees under Chapter 38 of the Texas Civil Practice & Remedies Code.

**B.   Quantum Meruit.**

12. Plaintiff incorporates herein the provisions of Section IV above.

13. Plaintiff provided services that were accepted by Defendant. Defendant had notice that Plaintiff expected to be paid for its services. Plaintiff brings this suit to recover the reasonable amount of its services, not less than $300,000.00. Plaintiff also brings suit hereunder to recover its attorney fees.

## VI. CONDITIONS PRECEDENT

14. All conditions precedent have been performed or have occurred.

## CONCLUSION

Plaintiff prays that Defendant be cited to appear and answer and the Court award judgment in favor of Plaintiff against Defendants for the following:

- actual damages of not less than $300,000.00;
- prejudgment interest and post-judgment interest
- reasonable attorney's fees;
- costs of court; and
- all other relief, at law and in equity, to which it is justly entitled.

Respectfully submitted,

William W. Rucker
TBA No. 17366500



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 3, 2012

Certified Document Number:     51252122 Total Pages:  4

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# ATTACHMENT D

Filed 12 March 1 P1:31
Chris Daniel - District Clerk
Harris County
ED101J016754940
By: anita perez

NO. 201207149

| | | |
|---|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC. dba SKY CARGO SOLUTIONS, INC. | § § § § | IN THE DISTRICT COURT OF |
| V. | § § | HARRIS COUNTY, TEXAS |
| TRAVIS M. HAMILTON | § § | 165TH JUDICIAL DISTRICT COURT |

## FIRST AMENDED PLAINTIFF'S PETITION

TransAmerica Investment Group, Inc. dba Sky Cargo Solutions, Inc. ("Plaintiff") files this First Amended Plaintiff's Petition suit against Travis M. Hamilton ("Defendant").

### I. DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 as set forth in Texas Rule of Civil Procedure 190.3.

### II. PARTIES

2. Plaintiff is a Texas corporation.

3. Defendant is an individual who conducts business in the State of Texas but who is currently residing in Oklahoma. Defendant has not designated a resident agent for service of process in Texas and may be served by serving the Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701. Defendant's residence is 5616 North Georgetown Road, Edmond, Oklahoma County, Oklahoma 73034. Citation is requested at this time.

### III. VENUE AND JURISDICTION

4. Venue is proper in this Harris County as Plaintiff's principal place of business is in this county. This Court has jurisdiction over this cause as Defendant has purposefully availed himself of the privileges and benefits of conducting business in the State of Texas

### IV. FACTS

5.  In May, 2009, Plaintiff was approached by Defendant who needed assistance in finding financing for the purchase and sale of the following six Citation X aircraft:

| TITLE ORDER # | PRIOR REG | MSN | YEAR |
|---|---|---|---|
| 15998 | N770XJ | 750-0270 | 2007 |
| 15999 | N776XJ | 750-0276 | 2007 |
| 16000 | N778XJ | 750-0278 | 2007 |
| 16001 | N784XJ | 750-0284 | 2007 |
| 16002 | N786XJ | 750-0286 | 2008 |
| 16003 | N787XJ | 750-0287 | 2008 |

6.  Plaintiff did indeed find financing for Defendant at PNC Bank and the purchase and sale of the foregoing aircraft was consummated in the fall of 2009.

7.  Although Defendant originally offered Plaintiff a 1% commission, on July 17, 2009 Defendant contracted in writing to give Plaintiff a fee of $50,000 for each of the six aircraft, payable as they are sold.

8.  Although the six aircraft were subsequently sold, Defendant failed to make any payment to Plaintiff. Plaintiff has made repeated demands for payment but no payment has been forthcoming.

### V. CAUSES OF ACTION

**A.   Breach of Contract**

9.  Plaintiff incorporates herein the provisions of Section IV above.

10. Defendant breached his contract with Plaintiff by failing to pay Plaintiff the $300,000 fee to which Plaintiff was entitled. Plaintiff brings suit hereunder for said $300,000 fee.

2

11. Due to Defendant's breach of contract, Plaintiff has been required to retain the undersigned attorney to prosecute its claims against Defendant. Plaintiff also seeks to recover its reasonable attorney's fees under Chapter 38 of the Texas Civil Practice & Remedies Code.

**B.  Quantum Meruit:**

12. Plaintiff incorporates herein the provisions of Section IV above.

13. Plaintiff provided services that were accepted by Defendant. Defendant had notice that Plaintiff expected to be paid for its services. Plaintiff brings this suit to recover the reasonable amount of its services, not less than $300,000.00. Plaintiff also brings suit hereunder to recover its attorney fees.

## VI. CONDITIONS PRECEDENT

14. All conditions precedent have been performed or have occurred.

## CONCLUSION

Plaintiff prays that Defendant be cited to appear and answer and the Court award judgment in favor of Plaintiff against Defendants for the following:

- actual damages of not less than $300,000.00;
- prejudgment interest and post-judgment interest
- reasonable attorney's fees;
- costs of court; and
- all other relief, at law and in equity, to which it is justly entitled.

Respectfully submitted,

William W. Rucker
TBA No. 17366500

Certified Document Number: 51504710 - Page 3 of 4

3355 West Alabama, Suite 825
Houston, TX 77098
Telephone: 713-528-2800
Facsimile: 713-528-5011
Attorney for Plaintiff,
TransAmerica Investment Group, Inc.



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 6, 2012

Certified Document Number:        51504710

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

# ATTACHMENT E



# The State of Texas

### Secretary of State

2012-210394-1



I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

> Transamerica Investment Group Inc dba Sky Cargo S VS Travis M Hamilton
> 165th Judicial District Court Of Harris County, Texas
> Cause No: 201207149

was received by this office on February 13, 2012, and that a copy was forwarded on February 16, 2012, by CERTIFIED MAIL, return receipt requested to:

> Travis M Hamilton
> 6516 North Georgetown Road
> Edmond, OK 73034

The RETURN RECEIPT was received in this office dated February 23, 2012, bearing the Signature Of Addressee's Agent.

**FILED**
Chris Daniel
District Clerk
MAR 12 2012
Time: _____
By _____
Harris County, Texas
Deputy

Date issued: February 28, 2012

Hope Andrade
Secretary of State

ST/lsv

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



# The State of Texas

Citations Unit
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

February 28, 2012

William W. Rucker, Jr.
William W Rucker Attorney At Law
3355 West Alabama Ste 825
Houston, TX 77098

| 2012-210394 |
| --- |
| Include reference number in all correspondence |

RE: Transamerica Investment Group Inc dba Sky Cargo S VS Travis M Hamilton
165th Judicial District Court Of Harris County, Texas
Cause No: 201207149

**FILED**
Chris Daniel
District Clerk
MAR 1 2 2012
Time: _____
By _____
Harris County, Texas
Deputy

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,



Louis S. Villarreal
Citations Unit

Enclosure