IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC. dba SKY CARGO SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS M. HAMILTON,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 4:12-cv-01102 |

**TRAVIS M. HAMILTON'S CERTIFICATE OF INTERESTED PERSONS**

Defendant Travis M. Hamilton provides this certificate of interested persons.

Transamerica Investment Group, Inc. dba SkyCargo Solutions, Inc.

Travis M. Hamilton

> Respectfully submitted,
>
> PATTON BOGGS LLP
>
> /s/ Constance R. Ariagno
> Michael S. Forshey
> State Bar No. 07264250
> S.D. Tex. Bar No. SD3191
> Constance R. Ariagno
> State Bar No. 00783556
> S.D. Tex. Bar No. SD23157
> 2000 McKinney Avenue, Suite 1700
> Dallas, Texas 75201
> Telephone:    (214) 758-1500
> Facsimile:    (214) 758-1550
>
> ATTORNEYS FOR DEFENDANT
> TRAVIS M. HAMILTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties has been sent by facsimile, to: William W. Rucker 3355 West Alabama, Suite 825 Houston, TX 77098; fax 713-528-2800 on this 8th day of May, 2012.

/s/ Constance R. Ariagno
Constance R. Ariagno