IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF TEXAS

| | |
|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC. dba SKY CARGO SOLUTIONS, INC., § § § § Plaintiff, § § V. § TRAVIS M. HAMILTON, § § Defendant. § | CIVIL ACTION NO. 4:12-CV-01102 |

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, Plaintiff, TransAmerica Investment Group, Inc., a Texas corporation doing business as SkyCargo Solutions, Inc. hereby certifies that the following persons and entities are interested in the outcome of this litigation:

TransAmerica Investment Group, Inc., dba SkyCargo Solutions, Inc.

Travis M. Hamilton

Respectfully submitted,

/s/ William W. Rucker
_____
William W. Rucker
Attorney-in-Charge
SDT No. 3669
Texas Bar No. 17366500
3355 West Alabama, Suite 825
Houston, Texas 77098
Telephone (713) 528-2800
Telecopier (713) 528-5011
Attorney for Plaintiff
TransAmerica Investment Group, Inc.
Dba SkyCargo Solutions, Inc.

2

CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2012 a true and correct copy of the foregoing Plaintiff's Certificate of Interested Parties was served via United States Mail, facsimile, or by hand delivery to all parties.

    Michael S. Forshey
    Constance R. Ariagno
    Patton Boggs LLP
    2000 McKinney Avenue
    Suite 1700
    Dallas, Texas 75201

_____
William W. Rucker