IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC. dba SKY CARGO SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:12-cv-01102 |
| TRAVIS M. HAMILTON, | § § § | |
| Defendant. | § | |

# DEFENDANT TRAVIS M. HAMILTON'S INITIAL DISCLOSURES

COMES NOW, Travis Hamilton and files its Initial Disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

 A. Individuals Likely to Have Discoverable Information

John Berry
Corporate representative of Transamerica Investment Group, Inc. dba Sky Cargo Solutions, Inc.
c/o William W. Rucker
3355 West Alabama, Suite 825
Houston, TX 77098

 Representative of Plaintiff.

Travis Hamilton
c/o Patton Boggs LLP
Michael Forshey and Constance Ariagno
2000 McKinney Ave. Suite 1700
Dallas, Texas 75201
(214) 758-1500

 Defendant

Clay Healey
6350 West Reno Avenue
Oklahoma City, OK 73127
(405) 948-1811

David Mayer
Shackelford, Melton & McKinley, LLP
3333 Lee Parkway, Dallas, Texas 75219
(214) 780-1400

Wayne Starling
PNC Aviation Finance
4355 Emerald Street, 100
Boise, ID 83706
(208) 472-2350

Luci Johnson
Michael Woodring
PNC Bank
Pittsburgh, PA.
107 Federal Street
Pittsburgh, PA
(412) 323-3600

Rebecca Burkelunds
Address unknown

Any persons identified by Plaintiff

B.      Documents

Documents are being served upon counsel for Plaintiff.

Respectfully submitted,

PATTON BOGGS LLP


s/ Constance R. Ariagno
Michael S. Forshey
Attorney-in-Charge
State Bar No. 07264250
S.D. Tex. Bar No. SD3191
Constance R. Ariagno
State Bar No. 00783556
S.D. Tex. Bar No. SD23157
2000 McKinney Avenue, Suite 1700
Dallas, Texas  75201
Telephone:   (214) 758-1500
Facsimile:   (214) 758-1550

ATTORNEYS FOR DEFENDANT
TRAVIS M. HAMILTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Initial Disclosures has been sent by certified mail, return receipt requested, and facsimile, to: William W. Rucker 3355 West Alabama, Suite 825 Houston, TX 77098; fax 713-528-2800 on this 5th day of October, 2012.

s/ Constance R. Ariagno
Constance R. Ariagno