# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT
## OF TEXAS

| TRANSAMERICA INVESTMENT GROUP, INC. dba SKY CARGO SOLUTIONS, INC., | § § § | CIVIL ACTION NO. 4:12-CV-01102 |
|---|---|---|
| Plaintiff, | § § § § | LEE H. ROSENTHAL JUDGE |
| V. | § § | Lisa Eddins  _____ |
| TRAVIS M. HAMILTON, | § § § | Courtroom Clerk    Court Reporter |
| Defendant. | § | |

## FIRST AMENDED EXHIBIT LIST OF PLAINTIFF

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | NO/ADM |
|---|---|---|---|---|---|
| 1 | May 13, 2009 email exchange regarding fees and structure | | | | |
| 2 | May 14, 2009 email exchange regarding transaction structure | | | | |
| 3 | May 22 email exchange regarding status of transaction | | | | |
| 4 | July 7, 2009 emails regarding structure and loan applications | | | | |
| 5 | July 13, 3009 email regarding loan structure | | | | |
| 6 | July 13, 2009 email regarding proposed borrowers | | | | |
| 7 | July 13, 2009 email with spreadsheet of loan data | | | | |
| 8 | July 14, 2009 email regarding status of loan application | | | | |
| 9 | July 15, 2009 email to PNC with transaction summary | | | | |
| 10 | July 15, 2009 email regarding status of PNC | | | | |

|    |                                                                                                |   |   |   |   |
|----|------------------------------------------------------------------------------------------------|---|---|---|---|
|    | loan                                                                                           |   |   |   |   |
| 11 | July 16, 2009 email regarding status of aircraft to be financed                                |   |   |   |   |
| 12 | July 20, 2009 email regarding summary of PNC term sheet                                        |   |   |   |   |
| 13 | July 20, 2009 email regarding PNC loan terms                                                   |   |   |   |   |
| 14 | July 22, 2009 email regarding loan terms                                                       |   |   |   |   |
| 15 | July 17, 2009 email setting forth Plaintiff's amended contractual commission                   |   |   |   |   |
| 16 | July 29, 2009 email regarding Executive Summary presented to PNC                               |   |   |   |   |
| 17 | July 29, 2009 emails regarding summary of transaction                                          |   |   |   |   |
| 18 | October 21, 2009 email regarding status of sale of financed aircraft                           |   |   |   |   |
| 19 | December 23, 2009 email to Plaintiff regarding sale of aircraft and payment of commission     |   |   |   |   |
| 20 | May 11, 2009 email from Plaintiff with portfolio of six Citation X aircraft to be financed    |   |   |   |   |
| 21 | May 15, 2009 email exchange regarding loan terms                                               |   |   |   |   |
| 22 | May 15, 2009 email regarding PNC draft term sheet                                              |   |   |   |   |
| 23 | May 15, 2009 email regarding non-disclosure of Plaintiff's involvement                         |   |   |   |   |
| 24 | June 22, 2009 emails regarding difficulties with agreement for purchase of aircraft            |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| 25 | July 1, 2009 emails regarding PNC status | | | | |
| 26 | July 7, 2009 emai forwarding loan applications to Plaintiff | | | | |
| 27 | July 27, 2009 emails regarding need to redo applications | | | | |
| 28 | July 13, 2009 email exchange regarding fees to be paid to Plaintiff | | | | |
| 29 | July 13, 2009 email exchange regarding Defendant's role in transaction and fees to be paid to Plaintiff | | | | |
| 30 | July 15, 2009 email regarding status of PNC loan | | | | |
| 31 | July 19, 2009 email regarding status of PNC loan | | | | |
| 32 | July 21, 2009 email exchange regarding loan status | | | | |
| 33 | July 24, 2009 email regarding status of PNC term sheet | | | | |
| 34 | July 27, 2009 emails regarding status of PNC term sheets | | | | |
| 35 | July 27, 2009 emails regarding status of PNC term sheets | | | | |
| 36 | July 27, 2009 emails regarding status of PNC term sheets | | | | |
| 37 | July 27, 2009 emails regarding status of PNC term sheets | | | | |
| 38 | July 27, 2009 email regarding title insurance on aircraft and value of aircraft | | | | |
| 39 | July 27, 2009 email exchange regarding term | | | | |

|    | | | | | |
|----|---|---|---|---|---|
|    | sheet and changes to Executive Summary | | | | |
| 40 | July 28, 2009 email regarding timing of term sheet from PNC | | | | |
| 41 | July 28, 2009 email regarding timing of term sheet from PNC | | | | |
| 42 | July 29, 2009 emails regarding term sheets and borrowers | | | | |
| 43 | July 31, 2009 regarding approval of contract for acquisition of aircraft | | | | |
| 44 | August 3, 2009 email forwarding executed term sheets to Plaintiff | | | | |
| 45 | August 3-4 email exchange regarding status and deposits with term sheet | | | | |
| 46 | December 23, 2009 email regarding status of funds to Plaintiff | | | | |
| 47 | December 23, 2009 email exchange regarding funds to Plaintiff | | | | |
| 48 | December 28, 2009 email regarding Defendants's fees | | | | |