Monday, October 22, 2012 12:15:02 PM Central Daylight Time

**Subject:** PNC
**Date:** Wednesday, July 15, 2009 6:45:12 AM Central Daylight Time
**From:** Travis Hamilton
**To:** John Berry

John,

I need to talk to you about the Citation Xs. Everyone is screaming right now over these aircraft and I do not have any answers to supply them. Please let me know where we stand.

Travis

**Berry**
**Case No. 4:12-CV-01102**
**Exhibit 30**

000445