## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT
## OF TEXAS

| TRANSAMERICA INVESTMENT | § | |
| GROUP, INC., d/b/a Sky Cargo Solutions, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION 4:12-CV-01102 |
| | § | |
| TRAVIS M. HAMILTON, and | § | |
| HAMILTON CAPITAL PARTNERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## AMENDED EXHIBIT LIST OF DEFENDANTS

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | NO/ADM |
|---|---|---|---|---|---|
| 1 | May 13, 2009 email from Travis Hamilton to John Berry proposing the terms of SkyCargo's original commission agreement | | | | |
| 2 | May 15, 2009 email chain between Morgan Littell and John Berry re a draft term sheet | | | | |
| 3 | May 15, 2009 email from John Berry to Travis Hamilton forwarding details of proposed loan structure agreement | | | | |
| 4 | May 15, 2009 email reply from John Berry to Morgan Littell concerning terms of loan documents, with further reply from Berry that he will contact Pauline Stevens, attorney for the client | | | | |
| 5 | May 15, 2009 email from Morgan Littell to John Berry thanking Berry | | | | |
| 6 | May 15, 2009 email from John Berry to Travis Hamilton attaching preliminary transaction summary | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | NO/ADM |
|---|---|---|---|---|---|
| 7 | July 14, 2009 email from Travis Hamilton to John Berry requesting update | | | | |
| 8 | July 15, 2009 email from Travis Hamilton to John Berry regarding "Citation Xs" | | | | |
| 9 | July 17, 2009 email from Travis Hamilton to John Berry setting forth certain of the terms of proposed agreement. | | | | |
| 10 | July 20, 2009 email from Travis Hamilton to John Berry urgently requesting Berry to contact him | | | | |
| 11 | July 28, 2009 email from Travis Hamilton to John Berry "days are numbered on the closing" | | | | |
| 12 | August 30, 2009 email: Travis Hamilton to Wayne Starling requesting one-on-one discussion; Wayne Starling's reply to Travis Hamilton | | | | |
| 13 | September 3, 2009 email from John Berry to Wayne Starling re "call and update" | | | | |
| 14 | September 14, 2009 email from John Berry to Wayne Starling "appreciate the update" and including wire remittance instructions | | | | |
| 15 | September 14, 2009 email from John Berry to Travis Hamilton regarding closing | | | | |
| 16 | September 21, 2009 letter from John Berry to Clay Healey re closing on six Citation X Aircraft | | | | |
| 17 | December 23, 2009 letter from John Berry to Clay Healey requesting remittance for sale of first aircraft | | | | |
| 18 | December 23, 2009 letter from John Berry to Clay Healey following up on that morning's phone call | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | NO/ADM |
|---|---|---|---|---|---|
| 19 | December 23, 2009 email from Travis Hamilton to John Berry explaining why no money due to TIG | | | | |
| 20 | December 23, 2009 email reply from John Berry to Travis Hamilton and Hamilton's response to Berry that there was no formal agreement with Berry | | | | |
| 21 | December 28, 2009 email from Travis Hamilton to John Berry responding to Berry's FedExed request to AIC Title for remittance | | | | |
| 22 | January 5, 2010 letter from John Berry to Michael Scears | | | | |
| 23 | February 5, 2010 letter from John Berry to Michael Scears requesting 16.5% of profits of sale of aircraft and copies of the closing statements | | | | |
| 24 | March 3, 2010 demand letter from John Berry to Travis Hamilton | | | | |
| 25 | Affidavit of John B. Berry, filed May 5, 2012 | | | | |
| 26 | Affidavit of John B. Berry in Support of Plaintiff's Motion for Summary Judgment, filed May 6, 2013 | | | | |
| 27 | Plaintiff's Second Amended Complaint, filed July 23, 2012 | | | | |
| 28 | Plaintiff's Initial Disclosures, filed October 1, 2012 | | | | |
| 29 | Plaintiff's Responses to Defendants' First Set of Interrogatories, dated March 11, 2013 | | | | |

Respectfully submitted,

SHACKELFORD, MELTON & M<sup>c</sup>KINLEY, LLP

By: ___*/s/ Derek D. Rollins*___
    Derek D. Rollins
    State Bar No. 24029803
    SDT No. 32108
    Timothy D. Zeiger
    State Bar No. 22255950

3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
T: 214.780.1400 | F: 214.780.1401
Email: drollins@shacklaw.net
       tzeiger@shacklaw.net

ATTORNEYS FOR DEFENDANTS,
TRAVIS M. HAMILTON and
HAMILTON CAPITAL PARTNERS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was sent electronically by the Clerk of Court, and via email pursuant to an agreement between counsel, on August 5, 2013, to the following:

William W. Rucker, Esq.
Attorney-In-Charge
3355 West Alabama, Suite 825
Houston, Texas 77098
T: 713.528.2800 | F: 713.528.5011
*Attorney for Plaintiff,*
*TransAmerica Investment Group, Inc.*

                        ___*/s/ Derek D. Rollins*___
                        Derek D. Rollins