**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC., d/b/a Sky Cargo Solutions, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-1102 |
| TRAVIS M. HAMILTON, *et al.*, | § § | |
| Defendants. | § | |

**Final Judgment**

In accordance with the court's Memorandum and Opinion setting out findings of fact and conclusions of law following the bench trial, this court awards judgment in favor of Transamerica Investment Group, Inc., d/b/a Sky Cargo Solutions, Inc. ("Sky Cargo") against Travis M. Hamilton and Hamilton Capital Partners ("HPC") in the amount of $60,000. It is ordered that:

1) Sky Cargo's claim for breach of an express contract is dismissed with prejudice.

2) Sky Cargo is entitled to recovery under quantum meruit in the amount of $60,000, plus prejudgment interest, beginning after the aircraft were sold.

3) Sky Cargo is to present evidence of its attorney's fees by affidavit within the time limits under Federal Rule of Civil Procedure 54.

SIGNED on August 27, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge